IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ZACHARY SALAS, | : | |
| Plaintiff | : | |
| VS. | : | 1 : 03-CV-32 (WLS) |
| JAMES WETHERINGTON, et al., | : | |
| Defendants. | : | |

### ORDER

Presently pending herein is plaintiff's "Motion to Introduce Documents into Evidence". Having fully considered said motion and the evidence presented by the plaintiff, said motion is hereby **GRANTED**, to the extent that the plaintiff seeks to introduce evidence in support of his claims and in opposition to the defendants' summary judgment motion. To the extent that the plaintiff also seeks a jury trial, his motion is premature and is **DENIED** at this time, pending a final ruling on defendants' motion for summary judgment.

**SO ORDERED**, this 18th day of November, 2005.

    /s/ ***Richard L. Hodge***
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb