**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| ZACHARY SALAS,<br>    Plaintiff | : <br> : <br> : | |
| v. | : | 1:03-CV-32 (WLS) |
| JAMES WETHERINGTON, et. al.,<br>    Defendants | : <br> : <br> : <br> : | |

# ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 57), filed on November 18, 2005. It is recommended that: 1) Defendants' Motion for Summary Judgment be granted (Doc. 49); and 2) Plaintiff's Motion to Dismiss Party (Doc. 52) be denied. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 57) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 49) is **GRANTED**; and Plaintiff's Motion to Dismiss Party (Doc. 52) is **DENIED**.

**SO ORDERED**, this  22nd  day of December, 2005.

                                                      /s/W. Louis Sands
                                                **W. LOUIS SANDS, CHIEF JUDGE**
                                                **UNITED STATES DISTRICT COURT**